No. 78–6798. BRYAN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 79–419. WEAVER v. IOWA. Ct. App. Iowa. Certiorari denied.

No. 79–422. TAIBE v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 79–527. JOCK ET AL. v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 79–579. ERWIN ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 79–601. DRIVER ET AL. v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 79–613. Moss v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 79–650. CRUZ v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 79–654. MERLINO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 79–673. PROVIDENCE JOURNAL Co. v. FEDERAL BUREAU OF INVESTIGATION ET AL. C. A. 1st Cir. Certiorari denied.

No. 79–692. SCHWARTZE ET AL. v. WENZ ET AL. Sup. Ct. Mont. Certiorari denied.

No. 79–713. MORRILTON SCHOOL DISTRICT No. 32 ET AL. v. UNITED STATES. C. A. 8th Cir. Certiorari denied. [See also *ante*, p. 1050.]